**SUMMARY OF CHARGES AND CREDITS**

| Date | Type | Prod Type | Prod Name | Term | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 06/03/2004 | CRA | COM domain | AIRPORTWINS.COM | 34 | $19.00 | $19.00 |
| 06/03/2004 | CRA Renewal | COM domain | AIRPORTWINS.COM | 2 | $19.00 | $38.00 |

**PAYMENTS**

| Date | Pymt Status | Pymt Method | Check/Card# | Amount | Order Num |
|---|---|---|---|---|---|
| 06/02/2004 | Applied | Credit Card | **** 2313 | $57.00 | 172513121 |

**ADJUSTMENTS**

| Date | Details | Amount |
|---|---|---|
| No record(s) found. | | |

This e-mail was sent from a notification-only address and cannot receive incoming messages or replies. If you need to contact us, go to http://goto.networksolutions.com/contactus.

**SUMMARY OF CHARGES AND CREDITS**

| Date | Type | Prod Type | Prod Name | Term | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 04/18/2005 | Renewal | COM domain | AIRPORTNETWORKSOLUTIONS.COM | 2 | $29.99 | $59.98 |

**PAYMENTS**

| Date | Pymt Status | Pymt Method | Check/Card# | Amount | Order Num |
|---|---|---|---|---|---|
| 04/18/2005 | Applied | Credit Card | **** 1561 | $59.98 | 197298443 |

**ADJUSTMENTS**

| Date | Details | Amount |
|---|---|---|

No record(s) found.

This e-mail was sent from a notification-only address and cannot receive incoming messages or replies. If you need to contact us, go to http://goto.networksolutions.com/contactus.

**SUMMARY OF CHARGES AND CREDITS**

| Date | Type | Prod Type | Prod Name | Term | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 11/07/2005 | CRA | COM domain | AUTHDIRECT.COM | 12 | $19.00 | $19.00 |
| 11/07/2005 | CRA Renewal | COM domain | AUTHDIRECT.COM | 1 | $19.00 | $19.00 |
| 11/07/2005 | CRA | NET domain | AUTHDIRECT.NET | 12 | $19.00 | $19.00 |
| 11/07/2005 | CRA Renewal | NET domain | AUTHDIRECT.NET | 1 | $19.00 | $19.00 |

**PAYMENTS**

| Date | Pymt Status | Pymt Method | Check/Card# | Amount | Order Num |
|---|---|---|---|---|---|
| 11/03/2005 | Applied | Credit Card | **** 1946 | $76.00 | 213865693 |

**ADJUSTMENTS**

| Date | Details | Amount |
|---|---|---|
| No record(s) found. | | |

This e-mail was sent from a notification-only address and cannot receive incoming messages or replies. If you need to contact us, go to http://goto.networksolutions.com/contactus.