**From:** Maxwell, David [mailto:dmaxwell@networksolutions.com]
**Sent:** Monday, February 19, 2007 1:23 PM
**To:** domains@icoacorp.com; pmartins@icoacorp.com
**Subject:** Network Solutions Service Request #1-266783874

Dear Paolo Martins,

Thank you for contacting Network Solutions.

We are committed to creating the best Customer experience possible and to handling your recent request quickly and efficiently.

Below is the information you have requested regarding the 4 domain names. These were the only outbound transfers associated to domains@icoacorp.com.

**airportwins.com**
Transfer to eNom, Inc was initiated on 06/28/06 02:42:24 AM and completed on 06/30/06 10:39:33 AM. The transfer was authorized by domains@icoacorp.com. Transfer protect (Domain Protect) was removed on 06-26-2006
IP addresses that accessed the account near the transfer:
2006-06-25 18:23:37 67.174.201.139

2006-06-26 00:22:11 67.174.201.139
2006-06-26 11:00:18 207.47.9.5

**airportnetworksolutions.com**
Transfer to eNom, Inc was initiated on 06/28/06 02:42:24 AM and completed on 06/30/06 10:39:32 AM. The transfer was authorized by domains@icoacorp.com. Transfer protect (Domain Protect) was removed on 06-26-2006
IP addresses that accessed the account near the transfer:
2006-06-26 11:00:18 207.47.9.5
2006-06-26 00:22:11 67.174.201.139
2006-06-25 18:23:37 67.174.201.139

**authdirect.com**
Transfer to eNom, Inc was initiated on 06/28/06 02:42:24 AM and completed on 06/30/06 10:39:32 AM. The transfer was authorized by domains@icoacorp.com. Transfer protect (Domain Protect) was removed on 06-26-2006
IP addresses that accessed the account near the transfer:
2006-06-26 11:00:18 207.47.9.5
2006-06-26 00:22:11 67.174.201.139
2006-06-25 18:23:37 67.174.201.139

**authdirect.net**
Transfer to eNom, Inc was initiated on 06/28/06 02:42:23 AM and completed on 06/30/06 10:39:31 AM. The transfer was authorized by domains@icoacorp.com. Transfer protect (Domain Protect) was removed on 06-26-2006
IP addresses that accessed the account near the transfer:
2006-06-26 11:00:18 207.47.9.5
2006-06-26 00:22:11 67.174.201.139
2006-06-25 18:23:37 67.174.201.139

The renewal invoices for the 4 domain names can only be sent to the email on file for the account. The invoice copies will be sent to domains@icoacorp.com
We hope this update has been helpful. However, if you have any additional questions, please e-mail us at registrar@networksolutions.com. If you do need to contact us to discuss this issue further, please refer to Service Request # 1-266783874.

Sincerely,

David M.
Fax Processing Specialist
Network Solutions
570-708-8608 ext. 8580
dmaxwell@NetworkSolutions.com
www.NetworkSolutions.com