UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ICOA, INC., :
*Plaintiff*, :
:
vs. : C.A. No. 07-069 S
:
KEVIN QUAINTANCE, :
*Defendant*. :

**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

Plaintiff, ICOA, INC. ("ICOA") hereby moves for a Temporary Restraining Order to temporarily:

(1) restrain and enjoin defendant, KEVIN QUAINTANCE ("Quaintance"), from: (a) continuing to exercise purported ownership rights and/or control over the following four domain names: (i) www.airportnetworksolutions.com; (ii) www.airportwins.com; (iii) www.authdirect.com; and/or (iv) www.authdirect.net (the "Domain Names"); and/or (b) accessing ICOA's so-called AuthDirect/Tollboth system, or any other proprietary software or systems owned by ICOA, or any subsidiary of ICOA's;

(2) transfer all rights to the Domain Names to ICOA;

(3) compel Quaintance to cooperate forthwith with ICOA's efforts to transfer registration of the Domain Names in its name from eNOM, Inc. to Network Solutions, Inc.; and

(4) stay the American Arbitration Association proceeding commenced by Quaintance on or about February 1, 2007 entitled *Kevin Quaintance v. Erwin Vahlsing/ICOA Corporation*, with claim confirmation number 002-QHP-Y7L.

As grounds, ICOA relies upon its Verified Complaint and accompanying Memorandum in Support.

Plaintiff,
ICOA, INC.,
By its attorney,

/s/______________________
Anthony F. Cottone, #3922
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel: (401) 578-5696
Fax: (401) 861-2922
cottonelaw@cox.net

**CERTIFICATION**

I hereby certify that a true and accurate copy of the above Motion was sent by certified mail, return receipt requested, postage pre-paid, to Kevin Quaintance, 2701 Laramie Gate Circle, Pleasanton, CA 94566, and was also sent to Kevin Quaintance by fax at (831) 597-9880 and by electronic mail at kevin@quaintance.net, on this 22nd day of February, 2007.

/s/______________________