UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ICOA, INC.

VS. CA NO: 07-069S

KEVIN QUAINTANCE

**ENTRY OF APPEARANCE**

I hereby enter my appearance for the Defendant Kevin Quaintance.

DEFENDANT
By his attorneys,
Law Office of Mark B. Morse

/s/ Mark B. Morse

MARK B. MORSE
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
email: mark@morselawoffice.com

**CERTIFICATION**

To: Anthony F. Cottone
55 Dorrance Street, Suite 400
Providence, RI 02903

I hereby certify that a true copy of the within was transmitted through the ECF system of the United States District Court, D.R.I. to the abovenamed.

DATE: March 17, 2007 /s/ Mark B. Morse