UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ICOA, INC., *Plaintiff,* | : | |
| vs. | : | C.A. No. 07-069 S |
| KEVIN QUAINTANCE, *Defendant.* | : | |

**CONSENT ORDER GRANTING, IN PART, PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF**

This action came on for hearing on February 23, 2007, Judge William Smith presiding, on the motion for a temporary restraining order of plaintiff, ICOA, INC. ("IOCA"), and notice having been provided to defendant, KEVIN QUAINTANCE ("Quaintance"), who participated in the hearing via teleconference, and by agreement of the parties following a chambers conference with counsel for both parties on March 19, 2007, it is hereby

**ORDERED, ADJUDGED AND DECREED**:

1. ICOA's motion for a temporary restraining order will be considered as one for both temporary and preliminary injunctive relief and is hereby granted, in part.

2. Quaintance is hereby temporarily and preliminarily restrained and enjoined from:

> (a) continuing to exercise purported ownership rights and/or control over the following four domain names: (i) www.airportnetworksolutions.com; (ii) www.airportwins.com; (iii) www.authdirect.com; and/or (iv) www.authdirect.net (the "Domain Names"); and/or

(b) accessing ICOA's so-called AuthDirect/Tollboth system, or any other proprietary software or systems owned by ICOA, or any subsidiary of ICOA's; and

3. Quaintance shall cooperate forthwith and fully with ICOA's efforts to transfer any and all ownership rights to the Domain Names to ICOA and to transfer registration of the Domain Names from eNOM, Inc. to Network Solutions, Inc., pending the outcome of a trial on the merits and without prejudice to Quaintance's claim of ownership to the Domain Names.

4. This Order shall act without prejudice to Quaintance's right to contest the validity of ICOA's claims of ownership to the Domain names.

ENTERED: ORDERED:

Loren Baldwell WSM
3/21/07

DATED: March __, 2007

Presented by:

/s/ Anthony F. Cottone
Anthony F. Cottone, #3922
Attorney for plaintiff, ICOA, Inc.
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel: (401) 578-5696
Fax: (401) 861-2922
cottonelaw@cox.net

**CERTIFICATION**

I hereby certify that a true and accurate copy of the above Order was sent by electronic mail to Mark B. Morse, Esq. at mark@morselawoffice.com on this 19th day of March , 2007.

/s/ Anthony F. Cottone