UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ICOA, INC., *Plaintiff,* | : | |
| vs. | : | C.A. No. 07-069 S |
| KEVIN QUAINTANCE, *Defendant.* | : | |

**STIPULATION**

Defendant shall have up to and including April 20, 2007 to answer or otherwise respond to Plaintiff's Complaint. The parties agree to waive arbitration, to the extent any claims or counterclaims are subject to arbitration.

Plaintiff ICOA, Inc.
By its Attorneys

/s/ Anthony F. Cottone
Anthony F. Cottone, Esq.
RI Bar Reg No: 3922
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel: (401) 578-5696
Fax: (401) 861-2922
Email: cottonelaw@cox.net

Defendant Kevin Quaintance
By His Attorneys
Law Office of Mark B. Morse

/s/ Mark B. Morse
Mark B. Morse, Esq.
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02903
Tel: (401) 831-0555
Fax: (401) 273-0937
Email: mark@morselawoffice.com

DATED: March 23, 2007

ENTERED:________________

ORDERED:___________

**CERTIFICATION**

Anthony F. Cottone, Esq.
55 Dorrance Street, Suite 400
Providence, RI 02903
Email: cottonelaw@cox.net

I certify that I filed the within document through the ECF filing system, US District Court, District Rhode Island to be transmitted to the above referenced attorney through the ECF filing system.

/s/ Mark B. Morse
Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02903
Email: mark@morselawoffice.com

March 24, 2007