UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ICOA, INC.

VS. CA NO: 07-069S

KEVIN QUAINTANCE
---------------------------------------
KEVIN QUAINTANCE

VS.

ICOA, INC., Alias

**MOTION TO AMEND COUNTERCLAIM AND FILE THIRD PARTY COMPLAINT**

Now comes the Counterclaim Plaintiff Kevin Quaintance in the above-entitled matter and hereby move that his counterclaim be amended in the form and manner attached hereto so as to modify the amount due through May 2, 2007, add an additional count of fraud against Counterclaim Defendant, and add Third Party Defendants to an additional count of fraud. In support, counterclaim plaintiff has attached a memorandum of law.

DEFENDANT/ COUNTERCLAIM / PLAINTIFF
By his Attorneys,
Law Office of Mark B. Morse

/s/ Mark B. Morse

MARK B. MORSE, Esq.
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
mark@morselawoffice.com

**CERTIFICATION**

To: Anthony F. Cottone
55 Dorrance Street, Suite 400
Providence, RI 02903

I hereby certify that a true copy of the within was transmitted through the ECF system of the United States District Court, D.R.I. to the abovenamed.

DATE: May 3, 2007 /s/ Mark B. Morse

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ICOA, INC.

VS. CA NO: 07-069S

KEVIN QUAINTANCE
---------------------------------------
KEVIN QUAINTANCE

VS.

ICOA, INC., Alias

**COUNTERCLAIM PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION TO AMEND COUNTERCLAIM AND FILE THIRD PARTY COMPLAINT**

F. Rule Civ. P 15 provides in pertinent part: " (a) A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed on the trial calendar, the party may so amend it at any time within 20 days after it has been served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires."

F. Rule Civ. P 14 provides in pertinent part:

(a) When Defendant May Bring in Third Party.

At any time after commencement of the action a defending party, as a third-party plaintiff, may cause a summons and complaint to be served upon a person not a party to the action who is or may be liable to the third-party plaintiff for all or part of the plaintiff's claim against the third-party plaintiff. The third-party plaintiff need not obtain leave to make the service if the third-party plaintiff files the third-party complaint not later than 10 days after serving the original answer. Otherwise the third-party plaintiff must obtain leave on motion upon notice to all parties to the action…"

The case at bar was filed on or about February 22, 2007. By agreement of the parties, the time to file the Answer and original counterclaim was extended to April 20, 2007 and was filed April 19, 2007. No reply has yet been filed. No discovery has commenced.

.

Under both Rule 14 and Rule 15 amendments should be freely given when justice so requires. This case is still in the early stages of litigation. The allegations against the third party defendants, both directors and controlling officers of the counterclaim defendant corporation, arise from the circumstances alleged in the counterclaim. Accordingly, no prejudice will ensue to the counterclaim defendant or third party defendants through amendment and the additional filing. Accordingly, counterclaim plaintiff respectfully requests that his motion to amend be allowed in the form and manner presented.

DEFENDANT/
COUNTERCLAIM PLAINTIFF
By his Attorneys,
Law Office of Mark B. Morse

/s/ Mark B. Morse

MARK B. MORSE, Esq.
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
mark@morselawoffice.com

**CERTIFICATION**

To: Anthony F. Cottone
55 Dorrance Street, Suite 400
Providence, RI 02903

I hereby certify that a true copy of the within was transmitted through the ECF system of the United States District Court, D.R.I. to the abovenamed.

DATE: May 3, 2007 /s/ Mark B. Morse

EXHIBIT B

EXHIBIT C