# Kevin Quaintance

2701 Laramie Gate Cir.
Pleasanton, CA 94566

**Phone:** (510) 393-3370
**Fax:** (831) 597-9880
**E-mail:** kevin@quaintance.net

## *Statement of Account*

**Date:** May 2, 2007

**Debtor:** ICOA, Inc.
C/O Erwin Vahlsing
111 Airport Rd. Suite 100
Warwick, RI 02889

| Type | Date | Invoice # | Description | Amount | Payment | Balance |
|---|---|---|---|---|---|---|
| Quaintance Note | 11/15/2005 | | | $ 94,000.00 | | 94,000.00 |
| | 11/15/2005 | | Payment | | 5,000.00 | (5,000.00) |
| | 7/7/2006 | | January Payment | | 5,000.00 | (5,000.00) |
| | 7/26/2006 | | Partial Feb payment | | 1,250.00 | (1,250.00) |
| | 9/22/2006 | | Acct Levy | | 12,008.00 | (12,008.00) |
| | | | | | | |
| | | | | | | - |
| Interest Accrued | | | Interest Period | | | - |
| | 2/1/2006 | | January | 890.00 | | 890.00 |
| | 3/1/2006 | | February | 890.00 | | 890.00 |
| | 4/1/2006 | | March | 890.00 | | 890.00 |
| | 5/1/2006 | | april | 890.00 | | 890.00 |
| | 6/1/2006 | | May | 890.00 | | 890.00 |
| | 7/1/2006 | | June | 890.00 | | 890.00 |
| | 8/1/2006 | | July | 827.50 | | 827.50 |
| | 9/1/2006 | | August | 827.50 | | 827.50 |
| | 10/1/2006 | | September | 707.42 | | 707.42 |
| | 11/1/2006 | | October | 707.42 | | 707.42 |
| | 12/1/2006 | | November | 707.42 | | 707.42 |
| | 1/1/2007 | | December | 707.42 | | 707.42 |
| | 2/1/2007 | | January | 707.42 | | 707.42 |
| | 3/1/2007 | | February | 707.42 | | 707.42 |
| | 4/1/2007 | | March | 707.42 | | 707.42 |
| | 5/1/2007 | | April | 707.42 | | 707.42 |
| | | | | | | - |
| | | | | | | - |
| Penalties Accrued | | | Penalty Period | | | - |
| | 5/2/2007 | | January | 20,800.00 | | 20,800.00 |
| | 5/2/2007 | | February | 27,400.00 | | 27,400.00 |
| | 5/2/2007 | | March | 23,400.00 | | 23,400.00 |
| | 5/2/2007 | | april | 50,400.00 | | 50,400.00 |
| | 5/2/2007 | | May | 46,400.00 | | 46,400.00 |
| | 5/2/2007 | | June | 41,800.00 | | 41,800.00 |
| | 5/2/2007 | | July | 37,400.00 | | 37,400.00 |
| | 5/2/2007 | | August | 33,200.00 | | 33,200.00 |
| | 5/2/2007 | | September | 28,600.00 | | 28,600.00 |
| | 5/2/2007 | | October | 24,400.00 | | 24,400.00 |
| | 5/2/2007 | | November | 20,000.00 | | 20,000.00 |
| | 5/2/2007 | | December | 15,600.00 | | 15,600.00 |
| | 5/2/2007 | | January | 11,400.00 | | 11,400.00 |
| | 5/2/2007 | | February | 6,800.00 | | 6,800.00 |
| | 5/2/2007 | | March | 2,800.00 | | 2,800.00 |
| | 5/2/2007 | | April | 650.00 | | 650.00 |
| | 5/2/2007 | | May | 25.00 | | 25.00 |
| | | | | | | - |
| Expenses Owed | | | | | | - |
| | 1/2006 | | Previous Accrued | 2,750.00 | | 2,750.00 |
| | 5/2006 | | ATL Trip 5/2006 | 400.00 | | 400.00 |
| | 6/2006 | | Fresno Trip | 250.00 | | 250.00 |
| | | | | | | - |
| Consulting Fees | | | | | | - |
| | 4/15/2006 | | Consulting | 2,500.00 | | 2,500.00 |
| | 5/15/2006 | | Consulting | 2,500.00 | | 2,500.00 |
| | 6/15/2006 | | Consulting | 2,500.00 | | 2,500.00 |
| | 7/15/2006 | | Consulting | 1,250.00 | | 1,250.00 |
| | | | | | | - |
| US Bank Note | | | | | | - |
| | 11/1/2006 | | Promissory Note Value | 14,246.78 | | 14,246.78 |
| | | | | | | - |
| Graebel Note | | | | | | - |
| | 11/1/2006 | | Promissory Note Value | 15196.21 | | 15,196.21 |
| | | | | | | - |
| | | | | | **Total** | $ 516,064.35 |