UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ICOA, INC.,
*Plaintiff*

VS: C.A. No. 07-069 S

KEVIN QUAINTANCE,
*Defendant*

VS:

ICOA, INC.
ERWIN VAHSLING, and
GEORGE STROUTHOPOLOUS
*Third Party Defendants*

DEFENDANT / THIRD PARTY PLAINTIFF KEVIN QUAINTANCE'S
APPLICATION TO CLERK FOR ENTRY OF DEFAULT
AGAINST THIRD PARTY DEFENDANT ERWIN VAHSLING

The Defendant/Third Party Plaintiff Kevin Quaintance in the above-entitled action pursuant to Fed. Rule Civ. P. 55(a) hereby makes application to the Clerk for Entry of Default for the Third Party Plaintiff against the Third Party Defendant ERWIN VAHSLING for failure of said Third Party Defendant to plead or otherwise defend. Said failure of Third Party Defendant ERWIN VAHSLING to plead or otherwise defend is set forth in the affidavit immediately following this application.

Defendant Third Party Plaintiff
By his Attorneys
Law Office of Mark B. Morse

/s/ Mark B. Morse

MARK B. MORSE, ESQ.
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
email: mark@morselawoffice.com

,
The undersigned, being duly sworn, upon oath deposes and says:

1. That he is attorney of record for the Defendant Third Party Plaintiff and has personal knowledge of the facts set forth in this affidavit;

2. That the Third Party Plaintiff on the 18th day of May, 2007 filed in this action a third party complaint, against the Third Party Defendant Erwin Vahlsing.

3. That examination of the court files and records in this action shows that the Third Party Defendant Erwin Vahlsing was duly served with a copy of the summons together with a copy of Plaintiff's Third Party Complaint;

4. That more than twenty (20) days have elapsed since service of the third party summons and complaint;

5. That the Third Party Defendant Erwin Vahlsing has failed to plead or otherwise defend as to the Third Party Plaintiff's third party complaint ;

6. That the the Third Party Defendant Erwin Vahlsing was not at the time of the commencement of said action, nor is now in the Military Service of the United States as defined in Article 1 of the "Soldiers' and Sailors' Civil Relief Act of 1940" as amended, nor is he an infant or incompetent; and

7. That this affidavit is executed by affiant herein in accordance with Rule No. 55(a) of the Fed Rules of Civil Procedure, for the purpose of enabling for Third Party Plaintiff to obtain an entry of default against the Third Party Defendant Erwin Vahlsing for failure to plead or otherwise defend as to Third Party Plaintiff's third party complaint.

/s/ MARK B. MORSE, AFFIANT

Subscribed and sworn to before me this day of July, 2007.

/s/ John F. Martini
Notary Public
My Commission Expires 6/1/08

**CERTIFICATION**

Anthony F. Cottone, Esq.
55 Dorrance Street, Suite 400
Providence, RI 02903
Email: cottonelaw@cox.net

I certify that I filed the within document through the ECF filing system, US District Court, District Rhode Island to be transmitted to the above referenced attorney through the ECF filing system.

/s/ Mark B. Morse
Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02903
Email: mark@morselawoffice.com

July 24, 2007