UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ICOA, INC.,
*Plaintiff*

VS: C.A. No. 07-069 S

KEVIN QUAINTANCE,
*Defendant*

VS:

ICOA, INC.
ERWIN VAHSLING, and
GEORGE STROUTHOPOLOUS
*Third Party Defendants*

DEFENDANT / COUNTERCLAIM PLAINTIFF KEVIN QUAINTANCE'S
APPLICATION TO CLERK FOR ENTRY OF DEFAULT
AGAINST COUNTERCLAIM DEFENDANT ICOA, INC.

The Defendant/Third Party Plaintiff Kevin Quaintance in the above-entitled action pursuant to Fed. Rule Civ. P.55(a) hereby makes application to the Clerk for Entry of Default for the Counterclaim Plaintiff against the Counterclaim Defendant ICOA, INC. for failure of said Counterclaim Defendant to plead or otherwise defend. Said failure of Counterclaim Defendant ICOA, INC. to plead or otherwise defend is set forth in the affidavit immediately following this application.

Defendant Counterclaim Plaintiff
By his Attorneys
Law Office of Mark B. Morse

MARK B. MORSE, ESQ.
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
email: mark@morselawoffice.com

The undersigned, being duly sworn, upon oath deposes and says:

1. That he is attorney of record for the Defendant Counterclaim Plaintiff and has personal knowledge of the facts set forth in this affidavit;

2. That the Counterclaim Plaintiff on the 18th day of May, 2007 filed in this action a counterclaim, against the Counterclaim Defendant ICOA, Inc.

3. That examination of the court files and records in this action shows that the Counterclaim Defendant ICOA, Inc. was duly served notice of the Counterclaim through the ECF filing system;

4. That more than twenty (20) days have elapsed since service of the third party summons and complaint;

5. That the Counterclaim Defendant ICOA, Inc. has failed to plead or otherwise defend as to the Counterclaim Plaintiff's counterclaim;

6. That the the Counterclaim Defendant ICOA, Inc. was not at the time of the commencement of said action, nor is now in the Military Service of the United States as defined in Article 1 of the "Soldiers' and Sailors' Civil Relief Act of 1940" as amended, nor is he an infant or incompetent; and

7. That this affidavit is executed by affiant herein in accordance with Rule No. 55(a) of the Fed Rules of Civil Procedure, for the purpose of enabling for Third Party Plaintiff to obtain an entry of default against the Counterclaim Defendant ICOA, Inc. for failure to plead or otherwise defend as to Counterclaim Plaintiff's counterclaim.

MARK B. MORSE, AFFIANT

Subscribed and sworn to before me this 24th day of July, 2007.

John F. Martini
Notary Public
My Commission Expires 6/1/08

**CERTIFICATION**

Anthony F. Cottone, Esq.
55 Dorrance Street, Suite 400
Providence, RI 02903
Email: cottonelaw@cox.net

I certify that I filed the within document through the ECF filing system, US District Court, District Rhode Island to be transmitted to the above referenced attorney through the ECF filing system.

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02903
Email: mark@morselawoffice.com

July 24 2007