UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ICOA, INC., *Plaintiff,* | : | |
| vs. | : | |
| KEVIN QUAINTANCE, *Defendant.* | : | C.A. No. 07-069 S |
| vs. | : | |
| ERWIN VAHLSING and GEORGE STROUTHOPOLOUS, *Third Party Defendants* | : | |

**ANSWER TO DEFENDANT'S AMENDED COUNTERCLAIM AND THIRD PARTY COMPLAINT**

Plaintiff and Counterclaim Defendant, ICOA, INC. ("ICOA"), and Third Party Defendants ERWIN VAHLSING, JR. ("Vahlsing") and GEORGE STROUTHOPOULOS ("Strouthopoulos") respond to the Amended Counterclaim and Third Party Complaint of Defendant and Third Party Plaintiff, KEVIN QUAINTANCE ("Quaintance"), as follows:

## I. INTRODUCTION

ICOA, Vahlsing and Strouthopoulos neither admit nor deny the accuracy of the description in the Introduction.

## II. PARTIES AND JURISDICTION

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

**COUNT I: BREACH OF CONTRACT**

7. Admitted.

8. ICOA, Vahlsing and Strouthopoulos admit that promissory notes are referred to in the attached Exhibit A but otherwise deny the allegations.

9. ICOA, Vahlsing and Strouthopoulos deny that they failed to comply with referenced Agreement and admit the remaining allegations.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Denied.

WHEREFORE, ICOA demands that Quaintance's Amended Counterclaim and Third Party Complaint be dismissed and that it be awarded the costs and fees it has expended, plus whatever additional relief is just and proper.

**COUNT II: FRAUD /MISREPRESENTATION AGAINST ICOA**

15. ICOA repeats and reallages paragraphs one through fourteen as if fully set forth herein.

16. Denied.

17. Denied.

WHEREFORE, ICOA demands that Quaintance's Amended Counterclaim and Third Party Complaint be dismissed and that it be awarded the costs and fees it has expended, plus whatever additional relief is just and proper.

**COUNT III: FRAUD /MISREPRESENTATION AGAINST ICOA, INC., ERWIN VAHLSING AND GEORGE STROUTHOPOULUIS**

18. ICOA Vahlsing and Strouthopoulos repeat and reallege paragraphs one through seventeen as if fully set forth herein.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

WHEREFORE, ICOA, Vahlsing and Strouthopoulos demand that Quaintance's Amended Counterclaim and Third Party Complaint be dismissed and that they be awarded the costs and fees they have expended, plus whatever additional relief is just and proper.

**First Affirmative Defense**

The agreement which forms the basis of Quaintance's Amended Counterclaim and Third Party Complaint is usurious and therefore void as a matter of law.

**Second Affirmative Defense**

The agreement which forms the basis of Quaintance's Amended Counterclaim and Third Party Complaint is unenforceable due to a failure of consideration.

**Third Affirmative Defense**

Quaintance has unclean hands and thus is not entitled to the relief sought in either his Amended Counterclaim or Third Party Complaint.

**Fourth Affirmative Defense**

Quaintance is not entitled to the relief sought in either his Amended Counterclaim or Third Party Complaint for the reasons set forth in ICOA's Complaint in this action.

WHEREFORE, ICOA, Vahlsing and Strouthopoulos demand that Quaintance's Amended Counterclaim and Third Party Complaint be dismissed and that they be awarded the costs and fees they have expended, plus whatever additional relief is just and proper.

Plaintiff and Counterclaim Defendant,
ICOA, INC., and Third Party Defendants
ERWIN VAHLSING and
GEORGE STROUTHOPOULUS,
By their attorney,

/s/Anthony F. Cototne______
Anthony F. Cottone, #3922
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel: (401) 578-5696
Fax: (401) 861-2922
cottonelaw@cox.net

**CERTIFICATION**

I hereby certify that a true and accurate copy of the above Answer was transmitted through the ECF system of the United States District Court, D.R.I. to Mark B. Morse, Esq., 111 Wayland Avenue, providence RI 02906 on this 2nd day of August, 2007.

/s/Anthony F. Cottone______