UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ICOA, INC., | : | |
| *Plaintiff,* | : | |
| | : | |
| vs. | : | |
| | : | |
| KEVIN QUAINTANCE, | : | |
| *Defendant.* | : | C.A. No. 07-069 S |
| | : | |
| vs. | : | |
| | : | |
| ERWIN VAHLSING and | : | |
| GEORGE STROUTHOPOLOUS, | : | |
| *Third Party Defendants* | : | |

**COUNTERCLAIM AND THIRD PARTY DEFENDANTS': (1) OBJECTION TO THIRD PARTY PLAINTIFF'S MOTIONS TO DEFAULT; AND (2) MOTION TO VACATE DEFAULTS**

Plaintiff and Counterclaim Defendant, ICOA, INC. ("ICOA"), and Third Party Defendants ERWIN VAHLSING, JR. ("Vahlsing") and GEORGE STROUTHOPOULOS ("Strouthopoulos") hereby: (1) object to the motions for entry of default against ICOA, Vahlsing and Strouthopoulos made by Defendant and Third Party Plaintiff, KEVIN QUAINTANCE ("Quaintance"), and (2) move to vacate the defaults which entered against said parties. ICOA, Vahlsing and Strouthopoulos also hereby seek an award of the attorneys' fees which they have been forced to incur.

As grounds, ICOA, Vahlsing and Strouthopoulos refer to their Memorandum in Support.

Plaintiff and Counterclaim Defendant,
ICOA, INC., and Third Party Defendants
ERWIN VAHLSING and
GEORGE STROUTHOPOULUS,
By their attorney,

/s/Anthony F. Cototne______
Anthony F. Cottone, #3922
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel: (401) 578-5696
Fax: (401) 861-2922
cottonelaw@cox.net

**CERTIFICATION**

I hereby certify that a true and accurate copy of the above Third Party Defendants': (1) Objection and (2) Motion to Vacate was transmitted through the ECF system of the United States District Court, D.R.I. to Mark B. Morse, Esq., 111 Wayland Avenue, Providence RI 02906 on this 2nd day of August, 2007.

/s/Anthony F. Cottone______