UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ICOA, INC.,
*Plaintiff*

VS: C.A. No. 07-069 S

KEVIN QUAINTANCE,
*Defendant*

VS:

ICOA, INC.
ERWIN VAHSLING, and
GEORGE STROUTHOPOLOUS
*Third Party Defendants*

DEFENDANT / COUNTERCLAIM THIRD PARTY PLAINTIFF KEVIN QUAINTANCE'S OBJECTION TO PLAINTIFF/COUNTERCLAIM DEFENDANT ICOA, INC. AND THIRD PARTY DEFENDANTS ERWIN VAHSLING AND GEORGE STROUTHOPOULOS' MOTION TO REMOVE ENTRY OF DEFAULT AND TO STRIKE THE REPLY TO THE COUNTERCLAIM AND THE ANSWER TO THE THIRD PARTY COMPLAINT

The Defendant/Counterclaim Third Party Plaintiff Kevin Quaintance in the above-entitled action herein objects to Plaintiff/Counterclaim Defendant ICOA, Inc. and Third Party Defendants Erwin Vahlsing and George Strouthopoulos' Motion to Remove Entry of Default, and to strike the reply to the counterclaim and the answer to the third party complaint. In support of his Motion Defendant/Counterclaim Third Party Plaintiff Kevin Quaintance has attached a memorandum of law.

Defendant/ Counterclaim Third Party
Plaintiff
By his Attorneys
Law Office of Mark B. Morse

/s/ Mark B. Morse

MARK B. MORSE, ESQ.
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555

fax (401) 273-0937
email: mark@morselawoffice.com

**CERTIFICATION**

Anthony F. Cottone, Esq.
55 Dorrance Street, Suite 400
Providence, RI 02903
Email: cottonelaw@cox.net

I certify that I filed the within document through the ECF filing system, US District Court, District Rhode Island to be transmitted to the above referenced attorney through the ECF filing system.

/s/ Mark B. Morse

Mark B. Morse, Esq.
111 Wayland Avenue
Providence, RI 02903
Email: mark@morselawoffice.com

August 6, 2007