UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ICOA, INC.,
*Plaintiff*

VS: C.A. No. 07-069 S

KEVIN QUAINTANCE,
*Defendant*

VS:

ICOA, INC., Alias,
ERWIN VAHSLING; Alias and
GEORGE STROUTHOPOLOUS; Alias
*Third Party Defendants*

DEFENDANT/ THIRD PARTY PLAINTIFF'S MOTION TO
AMEND PRETRIAL ORDER TO EXTEND TIME FOR DISCOVERY

Now come the Defendant, Third Party Plaintiff in the within matter and herein move to amend the pretrial order in order to extend the time for discovery for an additional period, through, February 18, 2008, and further that all other deadlines be amended consistent therewith. The grounds for this motion are that the parties had agreed to terms of settlement in May 2007, which said settlement was not effectuated. On July 27, 2007 default entered against Third Party Defendants on behalf of Defendant/Third Party Plaintiff. The default was removed by the Court on October 3, 2007. Since that time the parties have engaged in further discussions concerning the potential for settlement, however at this time there is no certainty that settlement shall occur based upon it being subject to financing to the Plaintiff.

No discovery has been conducted based upon the parties having agreed to the tentative settlement, however at this time, depositions and discovery are necessary to fully represent the respective parties' interests. The motion is not being brought to hinder or delay the proceedings unnecessarily. No memorandum is being filed in accordance with Dis. Crt. Local Rule 7(a).

`

Respectfully Submitted
DEFENDANT / THIRD PARTY PLAINTIFF
By his attorneys,
Law Office of Mark B. Morse

/s/ Mark B. Morse

MARK B. MORSE
RI Bar Reg. No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
email: mark@morselawoffice.com

**CERTIFICATION**

I hereby certify that a true and accurate copy of the above was filed with the ECF system for the District of Rhode Island, and that a copy was filed to Anthony F. Cottone, Esq., 55 Dorrance Street, Suite 400, Providence, RI 02903 through ECF filing system

Date: November 24, 2007 /s/ Mark B. Morse