UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ICOA, INC.,
*Plaintiff*

VS: C.A. No. 07-069 S

KEVIN QUAINTANCE,
*Defendant*

VS:

ICOA, INC., Alias,
ERWIN VAHSLING; Alias and
GEORGE STROUTHOPOLOUS; Alias
*Third Party Defendants*

FINAL JUDGMENT

1. Judgment is entered dismissing Plaintiff ICOA, Inc.'s claims against Defendant Kevin Quaintance and Third Party Defendant Kevin Quaintaince's claims against Third Party Defendants Erwin Vahlsing, Alias and George Strouthopolous.
2. Judgment is entered for the Counterclaim Plaintiff Kevin Quaintance against Counterclaim Defendant ICOA, Inc. in the total sum of ninety six thousand ($96,000.00) and 00/00 dollars.
3. Execution is stayed through June 8, 2008.

ENTER:____________________ ________________________, J.

Respectfully Submitted
PLAINTIFF THIRD PARTY/
COUNTERCLAIM DEFENDANTS
By their attorneys,
Anthony F. Cottone, Esq.

/s/ Anthony F. Cottone
ANTHONY F. COTTONE
RI Bar Reg. No 3922
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 578-5696
fax (401) 861-2922
email: cottonelaw@cox.net

Date: January 15, 2008

Respectfully Submitted
DEFENDANT/COUNTERCLAIM/
THIRD PARTY PLAINTIFF
By his attorneys,
Law Office of Mark B. Morse

/s/ Mark B. Morse
MARK B. MORSE
RI Bar Reg. No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937
email: mark@morselawoffice.com

Date: January 15, 2008

**CERTIFICATION**

I hereby certify that a true and accurate copy of the above was filed with the ECF system for the District of Rhode Island, and that a copy was filed to Anthony F. Cottone, Esq., 55 Dorrance Street, Suite 400, Providence, RI 02903 through ECF filing system

Date: January 15, 2008

/s/ Mark B. Morse