UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ICOA, INC.,
*Plaintiff*

VS: C.A. No. 07-069 S

KEVIN QUAINTANCE,
*Defendant*

VS:

ICOA, INC., Alias,
ERWIN VAHSLING; Alias and
GEORGE STROUTHOPOLOUS; Alias
*Third Party Defendants*

FINAL JUDGMENT

1. Judgment is entered dismissing Plaintiff ICOA, Inc.'s claims against Defendant Kevin Quaintance and Third Party Defendant Kevin Quaintaince's claims against Third Party Defendants Erwin Vahlsing, Alias and George Strouthopolous.

2. Judgment is entered for the Counterclaim Plaintiff Kevin Quaintance against Counterclaim Defendant ICOA, Inc. in the total sum of ninety six thousand ($96,000.00) and 00/00 dollars.

3. Execution is stayed through June 8, 2008.

So Order: WES ~~ENTER:~~ ______________
1/18/08

______________, J.