UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ICOA, INC.

VS. CA NO: 07-069S

KEVIN QUAINTANCE

----------------------------------------

KEVIN QUAINTANCE

VS.

ICOA, INC., Alias

COUNTERCLAIM DEFENDANT'S MOTION FOR ISSUANCE OF EXECUTION TO ENFORCE JUDGMENT

Now comes the counterclaim defendant Kevin Quaintance, by and through his attorneys and herein moves that the Court issue an execution in the amount of ninety six thousand ($96,000.00) and 00/00 dollars consistent with the Judgment that entered on January 18, 2008. In support of his motion, counterclaim defendant has attached an affidavit pursuant to Local Rule 69.

DEFENDANT / THIRD PARTY
COUNTERCLAIM PLAINTIFF
By his Attorneys
Law Office of Mark B. Morse

/s/ Mark B. Morse

MARK B. MORSE
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax: (401) 273-0937
email: mark @ morselawoffice.com

**CERTIFICATION**

I hereby certify that a true and accurate copy of the above was filed with the ECF system for the District of Rhode Island, and that a copy was filed to Anthony F. Cottone, Esq., 55 Dorrance Street, Suite 400, Providence, RI 02903 through ECF filing system

DATE: June 23, 2008

/s/ Mark B. Morse

MARK B. MORSE
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax: (401) 273-0937
email: mark @ morselawoffice.com