# WRIT OF EXECUTION

**United States District Court**

DISTRICT Rhode Island

TO THE MARSHAL OF:

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
ICOA, Inc.
111 Airport Road
Warwick, RI 02886

you cause to be made and levied as well a certain debt of: ICOA, Inc.

DOLLAR AMOUNT

DOLLAR AMOUNT

Ninety-Six Thousand and 00/100 Dollars ($96,000.00)
and

in the United States District Court for the ______ District of Rhode Island,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

ICOA, Inc.

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| | |
|---|---|
| PLACE | DISTRICT |
| CITY | DATE |

Witness the Honorable William E. Smith
*(United States Judge)*

| | |
|---|---|
| DATE<br>11/5/2008 | CLERK OF COURT<br><br>(BY) DEPUTY CLERK<br>[signature] |

**RETURN**

| | |
|---|---|
| DATE RECEIVED | DATE OF EXECUTION OF WRIT |

This writ was received and executed.

| | |
|---|---|
| U.S. MARSHAL | (BY) DEPUTY MARSHAL |