UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ICOA, INC.

VS. CA NO: 07-069S

KEVIN QUAINTANCE

----------------------------------------

KEVIN QUAINTANCE

VS.

ICOA, INC., Alias

AFFIDAVIT IN SUPPORT OF ISSUANCE OF EXECUTION

I, MARK B. MORSE, of the City of Providence, State of Rhode Island hereby makes affidavit under oath as follows:

1. that on or January 18, 2008 judgment entered dismissing Plaintiff's claims against Defendant and judgment entered for the counterclaim plaintiff Kevin Quaintance in the amount of ninety six thousand ($96,000.00) and 00/00 dollars against counterclaim defendant ICOA, Inc.

2. Execution was stayed through June 8, 2008.

3. On June 13, 2008 Counterclaim plaintiff, through counsel wrote to Attorney Anthony Cottone, Esq., attorney for Plaintiff/Counterclaim Defendant ICOA, Inc. demanding payment of the judgment amount. To date payment has been refused (there has been no response).

4. Prior to entry of judgment, the parties had a number of pretrial conferences before the Honorable Magistrate Judge Robert Lovegreen in attempts to resolve payment issues from ICOA, Inc. to Kevin Quaintance. No payments have been made since the entry of judgment on January 18, 2008.

WHEREFORE, Counterclaim Plaintiff respectfully requests that execution issue for the judgment amount of ninety six thousand ($96,000.00) and 00/00 dollars against counterclaim defendant ICOA, Inc.

June 23, 2008

MARK B. MORSE

Subscribed and sworn to in the presence of a Notary Public this 23rd day of June, 2008.

NOTARY PUBLIC
My comm'n exp: 6/20/2012

**CERTIFICATION**

I hereby certify that a true and accurate copy of the above was filed with the ECF system for the District of Rhode Island, and that a copy was filed to Anthony F. Cottone, Esq., 55 Dorrance Street, Suite 400, Providence, RI 02903 through ECF filing system

DATE: June 23, 2008

/s/ Mark B. Morse

MARK B. MORSE
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax: (401) 273-0937
email: mark @ morselawoffice.com