DC 11
Rev. 7/82

# WRIT OF EXECUTION

CA 07-69

| United States District Court | DISTRICT<br>Rhode Island |
|---|---|

TO THE MARSHAL OF:

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
ICOA, Inc.
111 Airport Road
Warwick, RI 02886

you cause to be made and levied as well a certain debt of: ICOA, Inc.

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| Ninety-Six Thousand and 00/100 Dollars ($96,000.00) and | |

in the United States District Court for the __________ District of Rhode Island,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| CITY | DATE<br>December 9, 2008 |

Witness the Honorable William E. Smith
(United States Judge)

| DATE | CLERK OF COURT |
|---|---|
| 9/8/08 | (BY) DEPUTY CLERK<br>Harrell Flanagan |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |